IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-260-GCM

| | |
|---|---|
| **GREGORY GIBSON** ) | |
| d/b/a vintageairestream.com ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| **SOCIAL KNOWLEDGE, LLC,** *et al,* ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **PATRICK W. POWERS**, filed May 31, 2012 [doc.#13].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Powers is admitted to appear before this court *pro hac vice* on behalf of defendants.

**IT IS SO ORDERED.**

Signed: May 31, 2012

Graham C. Mullen
United States District Judge